No. 86–728.  HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION *v.* DOE ET AL.  C. A. 9th Cir.  [Certiorari granted, 479 U. S. 1084.]  Motion of respondents for leave to proceed further herein *in forma pauperis* granted.

No. 86–836.  HAZELWOOD SCHOOL DISTRICT ET AL. *v.* KUHLMEIER ET AL.  C. A. 8th Cir.  [Certiorari granted, 479 U. S. 1053.]  Motions of People for the American Way, American Society of Newspaper Editors et al., American Civil Liberties Union et al., and NOW Legal Defense & Educational Fund et al. for leave to file briefs as *amici curiae* granted.

No. 86–890.  DEAKINS ET AL. *v.* MONAGHAN ET AL.  C. A. 3d Cir.  [Certiorari granted, 479 U. S. 1063.]  Respondents' suggestion of mootness rejected.

No. 86–1415.  MARINO ET AL. *v.* ORTIZ ET AL.; and COSTELLO ET AL. *v.* NEW YORK CITY POLICE DEPARTMENT ET AL.  C. A. 2d Cir.  The order entered May 18, 1987 [481 U. S. 1047], granting the petition for writ of certiorari is amended to read as follows: Certiorari granted limited to Questions 2 and 3 presented by the petition.

No. 86–1879.  NATIONAL TREASURY EMPLOYEES UNION ET AL. *v.* VON RAAB, COMMISSIONER, UNITED STATES CUSTOMS SERVICE.  C. A. 5th Cir.  Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 86–6717.  IN RE TYLER ET AL.;
No. 86–6742.  IN RE KENNEDY; and
No. 86–6772.  IN RE ROY.  Petitions for writs of mandamus denied.

No. 85–1910.  BUSINESS ELECTRONICS CORP. *v.* SHARP ELECTRONICS CORP.  C. A. 5th Cir.  Certiorari granted.